**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>ECHOSTAR TECHNOLOGIES, L.L.C., ECHOSTAR CORPORATION, AND DISH NETWORK L.L.C.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:11-cv-835-SLR |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41 (a)(l)(A)(ii), Plaintiff Cyberfone Systems, LLC and Defendants Echostar Technologies, L.L.C., Echostar Corporation, and Dish Network, L.L.C. (collectively, "Defendants"), by and through their respective undersigned counsel of record, hereby stipulate to and agree that this action, including all claims asserted therein against Defendants, is hereby dismissed with respect to all Defendants, without prejudice, with each party to bear its own costs and attorneys' fees.

January 17, 2013

BAYARD, P.A.

By: */s/ Stephen B. Brauerman*
Richard D. Kirk (Bar ID #922)
Stephen B. Brauerman (Bar ID #4952)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
(302) 655-5000

*Counsel for Plaintiff Cyberfone Systems LLC*

OF COUNSEL:

Marc A. Fenster
Eric J. Carsten
Fredricka Ung
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474

PRICKETT, JONES & ELLIOTT, P.A.

By: */s/ Laina M. Herbert*
J. Clayton Athey (Bar ID #4378)
Laina M. Herbert (Bar ID #4717)
1310 King Street, Box 1328
Wilmington, DE 19899
jcathey@prickett.com
lmherbert@prickett.com
(302) 888-6500

*Counsel for Defendants Echostar Technologies, L.L.C., Echostar Corporation, and Dish Network, L.L.C.*

OF COUNSEL:

Kenneth E. Keller
Christopher T. Holland
KRIEG, KELLER, SLOAN,
ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
(415) 249-8330

IT IS SO ORDERED this ___ day of January, 2013.

____________________________________
The Honorable Sue L. Robinson
United States District Judge